UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

TANNERS CREEK DEVELOPMENT, LLC,         )
ENVIROANALYTICS GROUP, LLC,              )
INDUSTRIAL DEMOLITION, LLC, and          )
COMMERCIAL DEVELOPMENT CO., INC.,        )
                                         )
        Plaintiffs,                     )
                                         )
v.                                       ) CASE NO. 4:18-cv-0211 SEB DML
                                         )
ARTHUR M. TOMS,                          )
DORI B. SCHWEITZER,                      )
JAMES B. TOMS, III,                      )
ANDIS, LLC,                              )
ATRC, LLC,                               )
STANCO EQUIPMENT CO. INC., and           )
SANDOR ENTERPRISES, LLC,                 )
                                         )
        Defendants.                     )

**DEFENDANTS STANCO EQUIPMENT COMPANY, INC. AND SANDOR ENTERPRISES, LLC PRELIMINARY WITNESS AND EXHIBIT LIST**

Defendants Stanco Equipment Company, Inc. ("Stanco") and Sandor Enterprises, LLC ("Sandor"), by and through their counsel, submit the following preliminary witness and exhibit lists, pursuant to the Court's Case Management Plan (D.E. 51).

The following lists are provided based upon the information presently available to Stanco and Standor. Stanco and Sandor reserve the right to amend or supplement these lists upon discovery of additional information, or to the extent that the parties in this action assert, clarify, modify, or otherwise develop additional or different claims or defenses in this lawsuit.

**PRELIMINARY WITNESS LIST**

Defendants Stanco and Sandor disclose the following preliminary witness list:

1.     Arthur Toms

2. Dori Schweitzer

3. James Toms

4. Sandra Wyatt

5. William Gregory

6. Daniel B. Lindeman, CPA

7. Current and former representatives and employees of ATRC, LLC.

8. Current or former representatives and employees of Andis, LLC.

## PRELIMINARY EXHIBITS LIST

Defendants Stanco and Sandor submit the following preliminary exhibit list:

1. Stanco records related to scrap material that Stanco acquired from the Tanners Creek Plant site.

2. Stanco records related to the use of scrap material acquired from the Tanners Creek Plant site.

3. Stanco and Sandor financial records.

4. Records and communications of Arthur Toms, James Toms, Andis, LLC, and ATRC, LLC related to the ownership, demolition, and operation of the Tanners Creek Plant site.

5. Plaintiffs' records and communications related to the ownership, demolition, and operation of the Tanners Creek Plant site.

  /s/ Peter J. O'Shea
Peter J. O'Shea (admitted *pro hac vice*)
Ashley M. Young (admitted *pro hac vice*)
Katz, Teller, Brant & Hild
255 E. Fifth Street, Suite 2400
Cincinnati, OH  45202-4748
Telephone:  (513) 721-4532
Facsimile:   (513) 762-0001

poshea@katzteller.com
ayoung@katzteller.com

and

Jonathan Bont (28476-49)
Paganelli Law Group
10401 N. Meridian Street, Suite 450
Indianapolis, IN 46290
Telephone:  (317) 550-1855
Facsimile:   (317) 569-6016
jon@paganelligroup.com

*Counsel for Defendants Stanco Equipment Co., Inc. and Sandor Enterprises, LLC*

## CERTIFICATE OF SERVICE

I certify that this document was filed through the Court's CM/ECF filing system this 20th day of February 2019, which will provide notice to all counsel of record.

  /s/ Peter J. O'Shea
Peter J. O'Shea

4832-7136-4232, v. 1